# Court of Appeals
# of the State of Georgia

ATLANTA,  August 10, 2017

*The Court of Appeals hereby passes the following order:*

## A17A2118. RICHARD BISHOP v. THE STATE.

A jury found Richard Bishop guilty of operating a chop shop, theft by receiving stolen property, and possession of tools for the commission of a crime, and his convictions were affirmed on appeal in an unpublished opinion. See *Bishop v. State*, Case No. A16A1486 (decided February 14, 2017). Bishop subsequently filed an extraordinary motion for new trial, which the trial court denied. Bishop then filed this direct appeal.

An order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/10/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*